■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE LUIS PAZ, Appellant. [3 NYS3d 615]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Zayas, J.), imposed December 13, 2012, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid

and, therefore, does not preclude appellate review of his excessive sentence claim (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.